**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus Lopez RAMIREZ, Miguel Atilano Garcia, Manuel Ramirez Garzon, et al., Defendants–Appellants.**

**No. 04–16518.**

**D.C. Docket No. 04–00077–CR–T–26–MSS.**

United States Court of Appeals,
Eleventh Circuit.

April 5, 2006.

Thomas H. Dale, Dale Law Firm, P.A., Orlando, FL, Kenneth Bruce Martin, Daniel F. Daly, Daly & Mills, P.A., Tampa, FL, Brent Davis Armstrong, Law Office of Brent D. Armstrong, Robert Tager, Rob-

ert M. Tager P.A., Clearwater, FL, for Defendants–Appellants.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, DUBINA and HILL, Circuit Judges.

PER CURIAM:

The jurisdictional issue raised by appellants is foreclosed by our recent opinion in *United States v. De La Cruz*, 443 F.3d 830 (11th Cir.2006). The other arguments of appellants challenging their convictions are rejected without need for further discussion.

Pursuant to the concession by the government, the sentences of all five appellants are vacated, and each is remanded for resentencing.

AFFIRMED as to the convictions; VACATED AND REMANDED as to the sentences.